IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JERALD E. WILSON                                                                                      PLAINTIFF

v.                                    Case No. 2:11-CV-02062

JAYSON PEPPAS, Individually                                                                 DEFENDANT

## JUDGMENT

On the 22nd day of October, 2012, this matter came on for trial to a duly selected jury consisting of ten members, the undersigned presiding. At the completion of the two-day trial, the case was submitted to the jury and a unanimous verdict was reached as follows:

On the civil rights claim of Plaintiff Jerald E. Wilson against Defendant Jayson Peppas, as submitted in Instructions Nos. 3-4, we find in favor of:

|                                   |       |        Jayson Peppas         |
| --------------------------------- | ----- | ---------------------------- |
| (Plaintiff Jerald E. Wilson)      |  or   | (Defendant Jayson Peppas)    |

On the malicious prosecution claim of Plaintiff Jerald E. Wilson against Defendant Jayson Peppas, as submitted in Instruction No. 5, we find in favor of:

|                                   |       |        Jayson Peppas         |
| --------------------------------- | ----- | ---------------------------- |
| (Plaintiff Jerald E. Wilson)      |  or   | (Defendant Jayson Peppas)    |

The verdict form was signed and dated by the jury foreperson. In accordance with the above verdict, IT IS HEREBY ORDERED AND ADJUDGED, that Plaintiff takes nothing on his

Complaint and the matter is DISMISSED WITH PREJUDICE. All parties are to bear their respective costs and attorneys' fees.

    IT IS SO ORDERED AND ADJUDGED this 23rd day of October, 2012.

                                        /s/ P. K. Holmes, III
                                        P.K. HOLMES, III
                                        CHIEF U.S. DISTRICT JUDGE